1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Anthony N. DeMaria, #177894
   7647 North Fresno Street
3  Fresno, California 93720
   Telephone:   (559) 433-1300
4  Facsimile:   (559) 433-2300

5  Attorneys for J.C. PENNEY CORPORATION,
   INC. (incorrectly sued herein as J.C. PENNEY
6  CORPORATION)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SANDY POINDEXTER,<br><br>    Plaintiff,<br><br>v.<br><br>J.C. PENNEY CORPORATION and DOES 1 to 100,<br><br>    Defendant. | Case No. 1:16-cv-01284<br><br>**STIPULATION AND ORDER** |

The parties hereby stipulate and agree that defendant JC PENNEY CORPORATION, INC., is allowed to take the deposition of Marcus Mays.

At the deposition of the Plaintiff, she described that her grandson might have some facts relative to her fall, as he was present for the fall but was behind her. The parties inquired into taking the deposition of Plaintiff's grandson, Marcus Mays, but currently he is serving in the military, stationed in Hawaii. Given that the deposition likely would take 30 to 60 minutes, the parties do not believe it to be cost effective to travel to Hawaii and take his deposition while he is on active duty, when in fact plaintiff has described that Marcus Mays will likely be returning home to Fresno sometime in the next few months for a visit.

/ / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

STIPULATION AND ORDER

The parties stipulate and agree that they will not disrupt the active service of Marcus Mays in Hawaii, but rather will stipulate that Marcus Mays can be deposed after the close of lay discovery, up to and including April 1, 2018. This Stipulation is reached by the parties for their mutual benefit and to avoid unnecessary costs and expenses, as well as to avoid taking time away from the active service of a member of the military, if at all possible.

Dated: October 23, 2017

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ Anthony N. DeMaria
Anthony N. DeMaria
Attorneys for J.C. PENNEY CORPORATION, INC. (incorrectly sued herein as J.C. PENNEY CORPORATION)

Dated: October 31, 2017

By: /s/ Paul M. Smith
Paul M. Smith
Attorney for Plaintiff, SANDY POINDEXTER

## **ORDER**

The Court hereby orders that, based upon the stipulation of the parties and good cause appearing therefore, the percipient and lay witness discovery cut off time shall be modified so that the deposition of Marcus Mays can be taken up to and including April 1, 2018.

IT IS SO ORDERED.

Dated: **November 2, 2017**       /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE