McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Anthony N. DeMaria, #177894
7647 North Fresno Street
Fresno, California 93720
Telephone:　(559) 433-1300
Facsimile:　(559) 433-2300

Attorneys for J.C. PENNEY CORPORATION, INC. (incorrectly sued herein as J.C. PENNEY CORPORATION)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SANDY POINDEXTER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>J.C. PENNEY CORPORATION and DOES 1 to 100,<br><br>　　　　　Defendant. | Case No. 1:16-cv-01284-AWI-BAM<br><br>**STIPULATION AND ORDER** |

The parties hereby stipulate and agree that defendant JC PENNEY CORPORATION, INC., is allowed to take the deposition of Dr. Paramjeet Gill, M.D. after the discovery cut-off date of February 9, 2018. The deposition of Dr. Gill was original scheduled for January 9, 2018, however the doctor was not available, and the only date that was given that doctor could give his deposition was February 14, 2018.

The parties stipulate and agree that the discovery cut off deadline may be extended to February 14, 2018, to take the deposition of Dr. Paramjeet Gill.

/ / /

/ / /

| | |
|---|---|
| Dated: January 26, 2018 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |
| | By: /s/ Anthony N. DeMaria<br>Anthony N. DeMaria<br>Attorneys for J.C. PENNEY CORPORATION, INC. (incorrectly sued herein as J.C. PENNEY CORPORATION) |
| Dated: January 31, 2018 | |
| | By: /s/ Paul M. Smith<br>Paul M. Smith<br>Attorney for Plaintiff, SANDY POINDEXTER |

## **ORDER**

IT IS HEREBY ORDERED the last day to take the expert deposition of Dr. Gill is extended to up to and including February 14, 2018.

IT IS SO ORDERED.

Dated: **February 5, 2018**      /s/ *Barbara A. McAuliffe*
          UNITED STATES MAGISTRATE JUDGE