# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDY POINDEXTER,<br><br>    Plaintiff,<br><br>    v.<br><br>J.C. PENNEY CORPORATION and DOES 1 to 100,<br><br>    Defendant. | CASE NO. 1:16-cv-01284-AWI-BAM<br><br>**ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE, CLOSING THE CASE, AND RETAINING JURISDICTION TO ENFORCE THE SETTLEMENT AGREEMENT** |

On December 17, 2015, Plaintiff Sandy Poindexter filed the complaint in this matter Fresno County Superior Court against Defendants J.C. Penney Corporation and Does 1 to 100. Doc. 1. The complaint was served on Defendant J.C. Penney on August 5, 2016. *Id*. The action was removed to this Court on August 30, 2016. *Id*. An answer was filed on September 6, 2016. Doc. 6. On May 31, 2018, the parties filed a stipulated dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties request that this court retain jurisdiction to enforce the settlement agreement. According to Federal Rule of Civil Procedure 41(a)(1)(B), the parties' stipulation operates as a dismissal with prejudice.

Based on the parties' stipulation, this action is dismissed with prejudice. The Court retains jurisdiction to enforce the settlement. The Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:   May 31, 2018                           _____
                                                                    SENIOR  DISTRICT JUDGE

1